IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SOCORRO CARDONA,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:16-CV-0954-L** |
| | § | |
| **COOPER AEROBICS ENTERPRISES INC., et al.,** | § | |
| | § | |
| Defendants. | § | |

# ORDER

On July 20, 2017, Plaintiff was ordered to effect service on Defendants or show good cause in writing by August 4, 2016, for her failure or inability to effect service (Doc. 11). On June 7, 2017, Magistrate Judge Irma Carrillo Ramirez entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the claims against Metroplex Banquet Staffing, LLC; Staff Pro, LLC; Juan Mena; and Miriam Gallardo be dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m). No objections were filed to the report, and Plaintiff has not shown good cause for her failure or inability to effect service. Having reviewed the record in this case, Report, and applicable law, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action against Defendants Metroplex Banquet Staffing, LLC; Staff Pro, LLC; Juan Mena; and Miriam Gallardo for failure to comply with Federal Rule of Civil Procedure 4(m). The only defendants remaining are Cooper Aerobics Enterprises Inc. and David Bryan Carpenter, Sr.

**It is so ordered** this 18th day of October, 2017.

_____
Sam A. Lindsay
United States District Judge